THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
MAIL AND EXPRESS COMPANY et al., Respondents.

SAME, Appellant, *v.* SAME, Respondents.

*Crimes — unlawfully advertising a lottery — demurrer to information
properly sustained.*

*People* v. *Mail & Express Co.*, 192 App. Div. 903, affirmed.

· (Argued May 9, 1921; decided May 31, 1921.)

APPEAL, in each of the above-entitled actions, by per-
mission, from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 14, 1920, which affirmed a judgment of
the Court of Special Sessions of the city of New York
sustaining a demurrer to an information charging
defendants with the crime of unlawfully advertising a
lottery.

*Edward Swann, District Attorney (Robert S. Johnstone*
of counsel), for appellant.

*Henry Wollman* and *Benjamin F. Wollman* for
respondents.

Judgment in each case affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
McLAUGHLIN, CRANE and ANDREWS, JJ.